894

· No. 382.   McCoy et al. v. Providence Journal Co. et al.   C. A. 1st Cir.   Certiorari denied.   Mr. Justice Black is of the opinion certiorari should be granted. *Joseph L. Breen* for petitioners.  *William H. Edwards* and *Gerald W. Harrington* for respondents. ▮

No. 440.   Hammett et al. v. United States; and
No. 441.  Field v. United States.   C. A. 2d Cir. Certiorari denied.   Mr. Justice Black and Mr. Justice Douglas are of the opinion certiorari should be granted. · *Charles Rothenberg* for petitioners in No. 440.  *Victor Rabinowitz* for petitioner in No. 441.  *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States. ▮

. No. 167, Misc.   Davis v. Illinois.   Supreme Court of Illinois.   Certiorari denied.   Petitioner *pro se*.  *Ivan A. Elliott*, Attorney General of Illinois, *William C. Wines*, Assistant Attorney General, and *John S. Boyle* for respondent.

No. 192, Misc.   De Leon v. Heinze, Warden.   Supreme Court of California.  · Certiorari denied.

No. 196, Misc.   Coker v. California.   District Court of Appeal of California, Third Appellate District.   Certiorari denied.

No. 197, Misc.   Janiec v. New Jersey.   Supreme Court of New Jersey.   Certiorari denied.

No. 199, Misc.  . McBride v. New Jersey.   Supreme Court of New Jersey.   Certiorari denied.